United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 4, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-40288
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARICELA GUERRERO-HERNANDEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:05-CR-1741
--------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     Maricela Guerrero-Hernandez (Guerrero) appeals the sentence

that she received after she pleaded guilty to transporting an

undocumented alien within the United States for financial gain.

Her argument that the district court violated United States v.

Booker, 543 U.S. 220 (2005), when it enhanced her sentence on

facts not alleged in the indictment or admitted is meritless.

See United States v. Johnson, 445 F.3d 793, 798 (5th Cir. 2006),

cert. denied, 126 S. Ct. 2884 (2006).  Guerrero's argument that

the district court erred when it enhanced her sentence pursuant

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to U.S.S.G. § 2L1.1(b)(5) because Mendoza was in the "backseat area" of the vehicle is likewise without merit.  See <u>United States v. Zuniga-Amezquita</u>, 468 F.3d 886, 887 (5th Cir. 2006); § 2L1.1(b)(5), comment. (n.6).  Last, the district court's sentence, which was within the guidelines range of imprisonment, was reasonable.  See <u>United States v. Mares</u>, 402 F.3d 511, 520 (5th Cir.), <u>cert. denied</u>, 126 S. Ct. 43 (2005); 18 U.S.C. § 3553(a).

AFFIRMED.